UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BURL WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:07CV1523-DJS |
| | ) | |
| MICHAEL GENE STACY, GARY STOLZER, | ) | |
| LANCE WHITE and NATHAN BENSON, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the first amended complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2).

Dated this __3rd__ day of February, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE